CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Adrian Guadalupe Valdez**<br>DOB: 1982; Mexican Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>22-04417MJ |

Complaint for violation of Title 18, United States Code § 554(a)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 1, 2022, in the District of Arizona, **Adrian Guadalupe Valdez** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 13,000 rounds of Wolf brand 7.62x39 ammunition and 4,500 rounds of Wolf brand .223 ammunition; knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; in violation of Title 18, United States Code, Section 554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On April 1, 2022, **Adrian Guadalupe Valdez** was the driver and sole occupant of a red 2005 Mercury Montego later determined to be registered to Angela Ramirez. Customs and Border Protection Officers (CBPOs) where conducting outbound inspections at the Mariposa Port of Entry (POE) in Nogales, Arizona. At inspection, CBPOs asked **Valdez** if he knew it was illegal to bring ammunition and weapons into Mexico. **Valdez** stated yes. **Valdez** was then escorted to a holding area for further inspection. As they approached the door, **Valdez** turned away from the building and began to run towards Mexico. CBPOs pursued on foot. **Valdez** attempted to climb the south fence and as he reached the top, CBPOs and Port Security were able to stop him. **Valdez** continued to resist by holding onto the fence until the officers were able to overpower him, pull him down, and place handcuffs on him.

During the inspection of the vehicle CBPOs discovered the following in the trunk: 13,000 rounds of Wolf brand 7.62x39 ammunition and 4,500 rounds of Wolf brand .223 ammunition. The ammunition qualifies as United States Commerce Control List items and therefore are prohibited by law for export from the United States into Mexico without a valid license. **Valdez** did not have a license or any other lawful authority to export these items from the United States into Mexico.

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>AUTHORIZED BY AUSA Raquel Arellano | SIGNATURE OF COMPLAINANT<br>JARRED D FAGERLIE *Digitally signed by JARRED D FAGERLIE*<br>Date: 2022.04.04 10:42:41 -07'00' |
|---|---|
| *Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | OFFICIAL TITLE & NAME:<br>HSI Special Agent Jarred Fagerlie |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Maria S. Aguilera* | DATE<br>April 4, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54